**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

RUPERTO HERNANDEZ MARTINEZ,

Petitioner,

v.

NEY HIDALGO, *et al.*,

Respondents.

Case No. 2:26-cv-1126

# ORDER

Petitioner Ruperto Hernandez Martinez filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that he is unlawfully detained by Immigration and Customs Enforcement and seeking immediate release or a bond hearing. ECF No. 1. Before the Court is an unopposed Report and Recommendation, in which the Honorable Douglas E. Miller, United States Magistrate Judge, concluded that the petition should be dismissed without prejudice. ECF No. 11.

Judge Miller advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 11 at 7–8 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the Report and Recommendation.

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Miller's findings and recommendations and found no clear error. Accordingly, the Report and Recommendation (ECF No. 11) is **ADOPTED.**

Petitioner Ruperto Hernandez Martinez's petition for a writ of habeas corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

The Court's October 13, 2026 Order is **VACATED** to the extent it prevents the respondents from removing the petitioner from this district.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

/s/ JKW

Norfolk, Virginia
November 24, 2026

Jamar K. Walker
United States District Judge